# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MEGAN MAJCHER FIOCHETTA, | : | No. 67 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MATTHEW FIOCHETTA, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, rephrased for clarity, is:

> Whether the Superior Court improperly concluded that Father's child support obligation should include payment for fictional childcare expenses based upon Mother's deemed earning capacity, when such decision conflicts with Pennsylvania Rule of Civil Procedure 1910.16-6(a) in that the Rule only allows for childcare expenses actually incurred by the other party and does not follow the Superior Court's prior decision in *Portugal v. Portugal*, 798 A.2d 246 (Pa. Super. 2002).